# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/26/2017                                                              Case Number 2:17-cr-00010
Case Style: USA vs. Charles York Walker Jr.
Type of hearing Rejection of Plea Hearing
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                                     Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Willard Carte

Attorney(s) for the Defendant(s) Lex Coleman

Law Clerk Chris Smith                                                        Probation Officer Matt Lambert

## Trial Time

## Non-Trial Time

## Court Time

10:00 am   to 10:55 am
Total Court Time: 0 Hours 55 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Plea agreement rejected.
Response by the deft
Motion by the deft to continue the trial currently set for June 27, 2017 at 8:30 a.m. in USA v Walker 2:16-cr-174; GRANTED.  An order will be entered setting a new trial date.
A hearing is set for Wednesday, June 28, 2017 @ 1:30 p.m.
End time 10:55 a.m.