```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                                   **CASE NO. 2:17-cr-00010**

**CHARLES YORK WALKER, JR.**

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through W. Clinton Carte, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice the information filed herein against Charles York Walker, Jr., in Case No. 2:17-cr-00010.

                                        Respectfully submitted,

                                        CAROL A. CASTO
                                        United States Attorney


                                        s/W. Clinton Carte
                                        W. CLINTON CARTE
                                        Assistant United States Attorney
                                        WV State Bar No. 12054
                                        300 Virginia Street, East
                                        Room 4000
                                        Charleston, WV  25301
                                        Phone:  304-345-2200
                                        Fax:  304-347-5104
                                        E-mail:  clint.carte@usdoj.gov